** MUNICIPALITY — WARDS — ELECTION AT LARGE ** THE LAW IS NOT CLEAR WHETHER EACH WARD IN A TOWN NOMINATES ITS OWN CANDIDATES FOR OFFICE OR WHETHER THE TOWN AT LARGE NOMINATES THE CANDIDATES FOR EACH WARD ? THE TOWN TRUSTEES SHOULD BE NOMINATED FROM THEIR RESPECTIVE WARDS BY MEMBERS OF POLITICAL PARTIES IN THE TOWN AT LARGE. (GENERAL ELECTION) CITE: 11 O.S. 23C [11-23C], 11 O.S. 23B [11-23B] [11-23B], 11 O.S. 41A [11-41A] (J. H. JOHNSON)